

03-CR-05039-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK R. EVERROAD,<br><br>    Defendant. | Case No. CR03-5039<br><br>ORDER DENYING PETITION TO VACATE ORDER OF RESTITUTION AS MOOT |

This matter comes before the Court on Defendant Mark Everroad's petition to vacate order of restitution. The Court docket reveals that the monetary imposition in the above entitled cases has ben paid in full [Dkt. # 68]. Accordingly, Defendant's petition is moot.

IT IS ORDERED:

Defendant Mark R. Everroad's Petition to Vacate Order of Restitution [Dkt. # 66] is **DENIED as MOOT**.

DATED this 19th day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1